UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-10 |
| Plaintiff, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| JASON M. NOGUESS, | |
| Defendant. | |

## ORDER FOR DETENTION

Defendant Noguess appeared before the undersigned for a detention hearing on June 6, 2024. Defense counsel reserved the issue of detention so she can research placement for Defendant Noguess should he be released. If she is successful, she will request another hearing regarding detention.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: June 6, 2024   /s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE